**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a *joint case*--and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Andrew** <br> First Name <br> **Kevin** <br> Middle Name <br> **Vaughan** <br> Last Name | _____ <br> First Name <br> _____ <br> Middle Name <br> _____ <br> Last Name |
| | Bring your picture identification to your meeting with the trustee. | _____ <br> Suffix (Sr., Jr., II, III) | _____ <br> Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | _____ <br> First Name <br> _____ <br> Middle Name <br> _____ <br> Last Name | _____ <br> First Name <br> _____ <br> Middle Name <br> _____ <br> Last Name |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – __9_ _4_ _8_ _9_ <br><br> OR <br><br> 9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____ <br><br> OR <br><br> 9xx – xx – ____ ____ ____ ____ |
| **4.** | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br><br> Include trade names and doing business as names | ☑ I have not used any business names or EINs. <br><br> _____ <br> Business name <br> _____ <br> Business name <br> _____ <br> Business name | ☐ I have not used any business names or EINs. <br><br> _____ <br> Business name <br> _____ <br> Business name <br> _____ <br> Business name |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
|  | ___ ___ – ___ ___ ___ ___ ___ ___ ___ | ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
|  | EIN | EIN |
|  | ___ ___ – ___ ___ ___ ___ ___ ___ ___ | ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
|  | EIN | EIN |

**5. Where you live**

**11919 Bastrop Dr**
Number    Street

_____

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

**Manor**      **TX**    **78653**
City        State    ZIP Code

**Travis**
County

_____
City        State    ZIP Code

_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City        State    ZIP Code

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City        State    ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

- ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

- ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

- ☐ Over the last 180 days before filing this petition, I have lived in this district longer than any other district.

- ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:**   **Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

Debtor 1   **Andrew Kevin Vaughan** _____ Case number (if known) _____

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District _____ When _____ Case number _____
                                                 MM / DD / YYYY

District _____ When _____ Case number _____
                                                 MM / DD / YYYY

District _____ When _____ Case number _____
                                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ Case number,
                                                 MM / DD / YYYY   if known

Debtor _____ Relationship to you _____

District _____ When _____ Case number,
                                                 MM / DD / YYYY   if known

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                                          State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:    Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard? _____

_____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
                        Number      Street

_____

_____
City                                State        ZIP Code

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**     I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**     My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**     I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**     My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6:    Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a.  Are your debts primarily consumer debts?**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐  No.  Go to line 16b.
☒  Yes.  Go to line 17.

**16b.  Are your debts primarily business debts?**  *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐  No.  Go to line 16c.
☐  Yes.  Go to line 17.

**16c.**  State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☐  No.  I am not filing under Chapter 7.  Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒  Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒  No
☐  Yes

**18. How many creditors do you estimate that you owe?**

☐  1-49
☒  50-99
☐  100-199
☐  200-999

☐  1,000-5,000
☐  5,001-10,000
☐  10,001-25,000

☐  25,001-50,000
☐  50,001-100,000
☐  More than 100,000

**19. How much do you estimate your assets to be worth?**

☐  $0-$50,000
☐  $50,001-$100,000
☒  $100,001-$500,000
☐  $500,001-$1 million

☐  $1,000,001-$10 million
☐  $10,000,001-$50 million
☐  $50,000,001-$100 million
☐  $100,000,001-$500 million

☐  $500,000,001-$1 billion
☐  $1,000,000,001-$10 billion
☐  $10,000,000,001-$50 billion
☐  More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐  $0-$50,000
☐  $50,001-$100,000
☒  $100,001-$500,000
☐  $500,001-$1 million

☐  $1,000,001-$10 million
☐  $10,000,001-$50 million
☐  $50,000,001-$100 million
☐  $100,000,001-$500 million

☐  $500,000,001-$1 billion
☐  $1,000,000,001-$10 billion
☐  $10,000,000,001-$50 billion
☐  More than $50 billion

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X __/s/ Andrew Kevin Vaughan__                        X _____
Andrew Kevin Vaughan, Debtor 1                          Signature of Debtor 2

Executed on __03/25/2019__                            Executed on _____
         MM / DD / YYYY                                              MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X**   **/s/ Kyle Kenneth Payne** _____     Date **03/25/2019**
Signature of Attorney for Debtor                  MM / DD / YYYY

**Kyle Kenneth Payne** _____
Printed name

**Payne & Associates, PLLC** _____
Firm Name

**1225 North Loop West, Suite 550** _____
Number      Street

_____

_____

**Houston** _____    **TX**     **77008** _____
City                        State      ZIP Code

Contact phone   **(713) 228-0200**      Email address **kyle@payne.associates**

**24083637** _____    **TX** _____
Bar number                        State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Andrew** | **Kevin** | **Vaughan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

**1.1.**

**105 Cottonwood Dr**
Street address, if available, or other description

**Hutto**                    **TX**    **78653**
City                            State    ZIP Code

**Williamson**
County

**105 Cottonwood Dr.,
Hutto, TX
78653
Cottonwood The, Lot 3, ACRES 0.208**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local
property identification number:** _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$237,000.00** | **$237,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☐ Check if this is community property
(see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1.  Write that number here** ..................➔ | **$237,000.00** |

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|
| Make: | **Subaru** | Check one. | |
| Model: | **Impreza WRX** | ☑ Debtor 1 only | |
| Year: | **2005** | ☐ Debtor 2 only | |
| Approximate mileage: | **163,000** | ☐ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | |

Other information:

**2005 Subaru Impreza WRX (approx. 163,000 miles)**

☐ **Check if this is community property** (see instructions)

| | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|
| | **$4,500.00** | **$4,500.00** |

| 3.2. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|
| Make: | **Nissan** | Check one. | |
| Model: | **Juke S** | ☐ Debtor 1 only | |
| Year: | **2012** | ☐ Debtor 2 only | |
| Approximate mileage: | _____ | ☐ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | |

Other information:

**2012 Nissan Juke S**

☐ **Check if this is community property** (see instructions)

| | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|
| | **$9,500.00** | **$9,500.00** |

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................... ➔

| **$14,000.00** |
|---|

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6.** **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe.....    **See continuation page(s).**                                    $2,250.00

**7.** **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe.....    **See continuation page(s).**                                    $650.00

**8.** **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.....

**9.** **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe.....    **Canon camera**                                    $5,000.00

**10.** **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe.....

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe.....   **Clothing / Wearing Apparel for adult(s)**                          $200.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe.....   **See continuation page(s).**                                      $45.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No

☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.**................................................................➔  | $8,145.00 |

---

## Part 4:    Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes..................................................................................................... Cash: .........................   $0.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes............................   Institution name:

17.1.   Checking account:   **RBFCU (Checking 7684)**                          $355.46

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes............................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them.........................   Name of entity:                          % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific
information about
them........................    Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☑ No
☐ Yes.  List each
account separately.    Type of account:    Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes...........................    Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes...........................    Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes...........................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them                                                                                 _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them                                                                                 _____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
information about them                                                                                 _____

**Money or property owed to you?**

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information
about them, including whether
you already filed the returns                    Federal: _____
and the tax years......................

State: _____

Local: _____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

_____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance
company of each policy
and list its value................   Company name:                    Beneficiary:              Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........

_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........

_____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information

_____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...........................................................................→ | **$355.46** |

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

---

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..

_____

**39.  Office equipment, furnishings, and supplies**
  *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

  ☑ No
  ☐ Yes.  Describe..                                                             _____

**40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

  ☑ No
  ☐ Yes.  Describe..                                                             _____

**41.  Inventory**

  ☑ No
  ☐ Yes.  Describe..                                                             _____

**42.  Interests in partnerships or joint ventures**

  ☑ No
  ☐ Yes.  Describe.....   Name of entity:                        % of ownership:

**43.  Customer lists, mailing lists, or other compilations**

  ☑ No
  ☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
       ☐ No
       ☐ Yes.  Describe.....                                                     _____

**44.  Any business-related property you did not already list**

  ☑ No
  ☐ Yes.  Give specific information.

**45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here.......................................................................** ➜ | _____ $0.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

  ☑ No.  Go to Part 7.
  ☐ Yes.  Go to line 47.

                                                                    **Current value of the
                                                                    portion you own?**
                                                                    Do not deduct secured
                                                                    claims or exemptions.

**47.  Farm animals**
  *Examples:* Livestock, poultry, farm-raised fish
  ☑ No
  ☐ Yes....                                                                      _____

**48.  Crops--either growing or harvested**

  ☑ No
  ☐ Yes.  Give specific
       information................                                               _____

**49.  Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

  ☑ No
  ☐ Yes....                                                                      _____

**50.** **Farm and fishing supplies, chemicals, and feed**

☑ No
□ Yes....                                                                                                          _____

**51.** **Any farm- and commercial fishing-related property you did not already list**

☑ No
□ Yes.  Give specific
information................                                                                                        _____

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6.  Write that number here..................................................................... &#10142; | $0.00 |

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

**53.** **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
□ Yes.  Give specific information.

**54.** Add the dollar value of all of your entries from Part 7.  Write that number here............................. &#10142; | $0.00 |

## Part 8:  List the Totals of Each Part of this Form

**55.** **Part 1: Total real estate, line 2**............................................................................................ &#10142;   $237,000.00

**56.** **Part 2: Total vehicles, line 5**                                        $14,000.00

**57.** **Part 3: Total personal and household items, line 15**                  $8,145.00

**58.** **Part 4: Total financial assets, line 36**                              $355.46

**59.** **Part 5: Total business-related property, line 45**                    $0.00

**60.** **Part 6: Total farm- and fishing-related property, line 52**          $0.00

**61.** **Part 7: Total other property not listed, line 54**           +       $0.00

**62.** **Total personal property.**    Add lines 56 through 61.................. | $22,500.46 |   Copy personal    &#10142; +   $22,500.46
property total

**63.** **Total of all property on Schedule A/B.**    Add line 55 + line 62............................................................... | $259,500.46 |

**6.** **Household goods and furnishings (details):**

| | |
|---|---|
| **Sofa** | **$1,200.00** |
| **Dining Table** | **$300.00** |
| **Refrigerator / Freezer** | **$300.00** |
| **Dishes / Flatware** | **$50.00** |
| **Bed** | **$200.00** |
| **Family pictures** | **$100.00** |
| **CDs** | **$100.00** |

**7.** **Electronics (details):**

| | |
|---|---|
| **TV** | **$150.00** |
| **Computer** | **$100.00** |
| **Cell phone** | **$400.00** |

**12.** **Jewelry (details):**

| | |
|---|---|
| **Stainless steel ring** | **$25.00** |
| **Casio watch** | **$20.00** |

**Fill in this information to identify your case:**

Debtor 1   **Andrew**          **Kevin**            **Vaughan**
           First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name  Middle Name          Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
  amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:   Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?**  *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☑ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2005 Subaru Impreza WRX (approx. 163,000 miles)**<br>Line from *Schedule A/B*: __3.1__ | __$4,500.00__ | ☑ __$2,469.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description:<br>**Sofa**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __6__ | __$1,200.00__ | ☑ __$600.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Sofa**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __6__ | __$1,200.00__ | ☑ __$600.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3.  **Are you claiming a homestead exemption of more than $160,375?**

    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No

    ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Dining Table**<br><br>Line from *Schedule A/B*: ___**6**___ | $300.00 | ☑   $300.00<br>☐   100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Refrigerator / Freezer**<br><br>Line from *Schedule A/B*: ___**6**___ | $300.00 | ☑   $300.00<br>☐   100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Dishes / Flatware**<br><br>Line from *Schedule A/B*: ___**6**___ | $50.00 | ☑   $50.00<br>☐   100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Bed**<br><br>Line from *Schedule A/B*: ___**6**___ | $200.00 | ☑   $200.00<br>☐   100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Family pictures**<br><br>Line from *Schedule A/B*: ___**6**___ | $100.00 | ☑   $100.00<br>☐   100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**CDs**<br><br>Line from *Schedule A/B*: ___**6**___ | $100.00 | ☑   $100.00<br>☐   100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**TV**<br><br>Line from *Schedule A/B*: ___**7**___ | $150.00 | ☑   $150.00<br>☐   100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Computer**<br><br>Line from *Schedule A/B*: ___**7**___ | $100.00 | ☑   $100.00<br>☐   100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Cell phone**<br><br>Line from *Schedule A/B*: ___**7**___ | $400.00 | ☑   $400.00<br>☐   100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Canon camera**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __9__ | **$5,000.00** | ☑ **$600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Canon camera**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __9__ | **$5,000.00** | ☑ **$4,400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Clothing / Wearing Apparel for adult(s)**<br>Line from *Schedule A/B*: __11__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Stainless steel ring**<br>Line from *Schedule A/B*: __12__ | **$25.00** | ☑ **$25.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Casio watch**<br>Line from *Schedule A/B*: __12__ | **$20.00** | ☑ **$20.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Cash on Hand**<br>Line from *Schedule A/B*: __16__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**RBFCU (Checking 7684)**<br>Line from *Schedule A/B*: __17.1__ | **$355.46** | ☑ **$355.46**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Andrew Kevin Vaughan**                    CASE NO

                                                    CHAPTER    **7**

# SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

## Exemption Totals by Category:
(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|-------------------|--------------|--------------------|------------------------|
| 1. | Real property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $4,500.00 | $2,031.00 | $2,469.00 | $2,469.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $2,250.00 | $0.00 | $2,250.00 | $2,250.00 | $0.00 |
| 7. | Electronics | $650.00 | $0.00 | $650.00 | $650.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $5,000.00 | $0.00 | $5,000.00 | $5,000.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $200.00 | $0.00 | $200.00 | $200.00 | $0.00 |
| 12. | Jewelry | $45.00 | $0.00 | $45.00 | $45.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $355.46 | $0.00 | $355.46 | $355.46 | $0.00 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

IN RE:  **Andrew Kevin Vaughan**

CASE NO

CHAPTER  **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|------------------------|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$13,000.46** | **$2,031.00** | **$10,969.46** | **$10,969.46** | **$0.00** |

IN RE:  **Andrew Kevin Vaughan**                                          CASE NO

                                                                         CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 2*

### Surrendered Property:

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes
of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| 105 Cottonwood Dr., Hutto, TX 78653 | $237,000.00 | $156,145.00 | $80,855.00 |
| **Personal Property** | | | |
| 2012 Nissan Juke S | $9,500.00 | $8,713.00 | $787.00 |
| **TOTALS:** | $246,500.00 | $164,858.00 | $81,642.00 |

### Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$13,000.46** |
| B. Gross Property Value of Surrendered Property | **$246,500.00** |
| C. Total Gross Property Value (A+B) | **$259,500.46** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$2,031.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$164,858.00** |
| F. Total Gross Encumbrances (D+E) | **$166,889.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$10,969.46** |
| H. Total Equity in surrendered items  (B-E) | **$81,642.00** |
| I.  Total Equity  (C-F) | **$92,611.46** |
| J. Total Exemptions Claimed          (Wild Card Used: $5,355.46, Available: $7,744.54) | **$10,969.46** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$0.00** |

**Fill in this information to identify your case:**

Debtor 1    **Andrew**      **Kevin**      **Vaughan**
        First Name         Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name         Middle Name       Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|

| 2.1 | | | |
|---|---|---|---|

**Carmax Auto Finance**
Creditor's name

**12800 Tuckahoe Creek PKWY**
Number    Street

**Describe the property that secures the claim:**

**2012 Nissan Juke S**

Column A: **$8,713.00**     Column B: **$9,500.00**

**Richmond**     **VA**    **23238**
City         State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates
   to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Car Loan**

Date debt was incurred   **03/01/2016**    Last 4 digits of account number   **2**   **5**   **5**   **1**

Add the dollar value of your entries in Column A on this page. Write
that number here:     **$8,713.00**

| | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | After listing any entries on this page, number them sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** | **Unsecured portion** If any |

### 2.2

**Planet Home Lending, L**
Creditor's name
**321 Research Pkwy Ste 30**
Number    Street

**Describe the property that secures the claim:**

**105 Cottonwood Road, Hutto, TX 78**

$156,145.00     $237,000.00

**Meriden    CT   06450**
City              State  ZIP Code

**Who owes the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred**   02/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **FHA Real Estate Mortgage**

**Last 4 digits of account number**    3   7   3   6

### 2.3

**Randolph Brook Fed Cr**
Creditor's name
**P O Box 2097**
Number    Street

**Describe the property that secures the claim:**

**2005 Subaru Impreza WRX**

$2,031.00      $4,500.00

**Universal City   TX   78148**
City              State  ZIP Code

**Who owes the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred**   08/2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Automobile**

**Last 4 digits of account number**    2   1   4   6

**Add the dollar value of your entries in Column A on this page.  Write that number here:**          $158,176.00

**If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:**          $166,889.00

**Fill in this information to identify your case:**

Debtor 1    **Andrew**      **Kevin**      **Vaughan**
         First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
    amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

Priority Creditor's Name        **Last 4 digits of account number** ___ ___ ___ ___

Number    Street        **When was the debt incurred?** _____

 

 

City        State    ZIP Code        **As of the date you file, the claim is:** Check all that apply.

**Who incurred the debt?** Check one.        ☐ Contingent
☐ Debtor 1 only                                  ☐ Unliquidated
☐ Debtor 2 only                                  ☐ Disputed
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another        **Type of PRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**      ☐ Domestic support obligations

**Is the claim subject to offset?**        ☐ Taxes and certain other debts you owe the government
☐ No                                      ☐ Claims for death or personal injury while you were
☐ Yes                                             intoxicated
                                                 ☐ Other. Specify

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐   No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑   Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what
type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in
Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

---

| 4.1 | | **$75.00** |
|---|---|---|

**Austin Radiological Association**
Nonpriority Creditor's Name
**75 Glen RD STE 310**
Number      Street
_____

**Sandy Hook**            **CT**     **06482**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another
☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number**    **0   6   7   9**
**When was the debt incurred?**   **2/1/2018**

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
    **Medical Bill**

---

| 4.2 | | **$402.15** |
|---|---|---|

**Capital One Services LLC**
Nonpriority Creditor's Name
**PO Box 30285**
Number      Street
_____

**Salt Lake City**          **UT**     **84130**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another
☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number**    **6   4   6   8**
**When was the debt incurred?**   **2/12/2019**

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
    **Credit Card**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.3 | | **$545.00** |

**Charter Communications**
Nonpriority Creditor's Name
**4120 International Parkway**
Number        Street

_____

| **Carrollton** | **TX** | **75007** |
City | State | ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **9   1   4   9**

When was the debt incurred?    **12/1/2018**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Unsecured**

| 4.4 | | **$760.39** |

**Citibank**
Nonpriority Creditor's Name
**2365 Northside Dr STE 30**
Number        Street

_____

| **San Diego** | **CO** | **92108** |
City | State | ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **0   7   8   6**

When was the debt incurred?    **2/1/2018**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Credit Card**

| 4.5 | | **$168.87** |

**City of Hutto**
Nonpriority Creditor's Name
**401 W Front St**
Number        Street

_____

| **Hutto** | **TX** | **78634** |
City | State | ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **9   1   0   1**

When was the debt incurred?    **2/27/2019**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Utility Bill**

**Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

| 4.6 | | $925.00 |

**Collins Orthodontics**
Nonpriority Creditor's Name
**po box 64378**
Number        Street

_____

**St Paul**                    **MN    55164**
City                           State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  3  5  9  6
**When was the debt incurred?**  10/1/2018

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Medical Bill**

| 4.7 | | $681.00 |

**Credit One Bank**
Nonpriority Creditor's Name
**PO Box 98875**
Number        Street

_____

**Las Vegas**                  **NV    89193**
City                           State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  4  2  3  7
**When was the debt incurred?**  12/5/2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

| 4.8 | | $585.00 |

**Credit One Bank**
Nonpriority Creditor's Name
**PO Box 1269**
Number        Street

_____

**Greenville**                 **SC    29602**
City                           State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  3  7  4  2
**When was the debt incurred?**  1/1/2018

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|
| | |

| 4.9 | | $75.00 |

**Eastern Account System**
Nonpriority Creditor's Name
**75 Glen Rd Ste 310**
Number          Street

_____

| **Sandy Hook** | **CT** | **06482** |
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **0   6   7   9**
When was the debt incurred?    **02/2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Collecting for -  AUSTIN RADIOLOGICAL ASSOCIATIO**

**Original Creditor Name: AUSTIN RADIOLOGICAL ASSOCIATIO**

| 4.10 | | $925.00 |

**I C System Inc**
Nonpriority Creditor's Name
**Po Box 64378**
Number          Street

_____

| **Saint Paul** | **MN** | **55164** |
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **3   5   9   6**
When was the debt incurred?    **10/2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Collecting for - COLLINS ORTHODONTICS**

**Original Creditor Name: COLLINS ORTHODONTICS**

| 4.11 | | $1,398.00 |

**Longhorn Emergency Medical**
Nonpriority Creditor's Name
**514 Earth City Plaza**
Number          Street

_____

| **Earth City** | **MO** | **63045** |
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **3   3   4   9**
When was the debt incurred?    **10/1/2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Medical Bill**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.12 | | $585.00 |
|---|---|---|

**Lvnv Funding Llc**
Nonpriority Creditor's Name
**Po Box 1269**
Number     Street

_____

**Greenville**          **SC     29602**
City                State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Original Creditor Name: CREDIT ONE BANK N.A.**

**Last 4 digits of account number**   **3   7   4   2**

**When was the debt incurred?**   **01/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Collecting for - CREDIT ONE BANK N.A.**

| 4.13 | | $1,688.00 |
|---|---|---|

**Merchants&professional**
Nonpriority Creditor's Name
**5508 Parkcrest Dr Ste 21**
Number     Street

_____

**Austin**          **TX     78731**
City                State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Original Creditor Name: ST DAVID S HEART VASCULAR**

**Last 4 digits of account number**   **3   5   4   3**

**When was the debt incurred?**   **01/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Collecting for - ST DAVID S HEART VASCULAR**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.14** | | **$925.00**

**Merchants&professional**
Nonpriority Creditor's Name
**5508 Parkcrest Dr Ste 21**
Number        Street

_____

**Austin**                          **TX      78731**
City                                State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __8_ _9_ _4_ _6_

**When was the debt incurred?**   __08/2017__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collecting for - COLLINS ORTHODONTICS**

**Original Creditor Name: COLLINS ORTHODONTICS**

**4.15** | | **$163.00**

**Merchants&professional**
Nonpriority Creditor's Name
**5508 Parkcrest Dr Ste 21**
Number        Street

_____

**Austin**                          **TX      78731**
City                                State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __8_ _5_ _4_ _5_

**When was the debt incurred?**   __08/2018__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collecting for - ST DAVID S HEART VASCULAR**

**Original Creditor Name: ST DAVID S HEART VASCULAR**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.16 | | $27.00 |
|---|---|---|

**Merchants&professional**
Nonpriority Creditor's Name
**5508 Parkcrest Dr Ste 21**
Number        Street

_____

**Austin                    TX      78731**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Original Creditor Name: ST DAVID S HEART VASCULAR**

**Last 4 digits of account number**    2   5   1   2
**When was the debt incurred?**      02/2018

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Collecting for - ST DAVID S HEART VASCULAR**

| 4.17 | | $760.00 |
|---|---|---|

**Midland Funding**
Nonpriority Creditor's Name
**2365 Northside Dr Ste 30**
Number        Street

_____

**San Diego              CA      92108**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Original Creditor Name: CITIBANK N.A.**

**Last 4 digits of account number**    0   7   8   6
**When was the debt incurred?**      02/2018

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Collecting for -  CITIBANK N.A.**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.18 | | **$1,398.00** |
|---|---|---|

**Midwest Recovery Syste**
Nonpriority Creditor's Name
**514 Earth City Plaza**
Number        Street

_____

_____

**Earth City           MO      63045**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    3    3    4    9

**When was the debt incurred?**    10/2018

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for -  LONGHORN EMERGENCY MEDICAL**

**Original Creditor Name: LONGHORN EMERGENCY MEDICAL**

| 4.19 | | **$558.00** |
|---|---|---|

**Midwest Recovery Syste**
Nonpriority Creditor's Name
**514 Earth City Plaza**
Number        Street

_____

_____

**Earth City           MO      63045**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    3    3    5    0

**When was the debt incurred?**    10/2018

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for - LONESTAR HOSPITAL MEDICINE**

**Original Creditor Name: LONESTAR HOSPITAL MEDICINE**

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

|  | Total claim |
|---|---|

**4.20**                                                                                         **$295.00**

**Midwest Recovery Syste**           Last 4 digits of account number     3   3   5   3
Nonpriority Creditor's Name
**514 Earth City Plaza**             When was the debt incurred?     10/2018
Number        Street
_____     As of the date you file, the claim is: Check all that apply.
_____     ☐ Contingent
                                    ☐ Unliquidated
**Earth City**          **MO    63045**     ☑ Disputed
City                State   ZIP Code
**Who incurred the debt?**   Check one.     **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                     ☐ Student loans
☐ Debtor 2 only                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only            that you did not report as priority claims
☐ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt     ☑ Other. Specify
                                    **Collecting for - LONESTAR HOSPITAL MEDICINE**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Original Creditor Name: LONESTAR HOSPITAL MEDICINE**

**4.21**                                                                                         **$286.00**

**Midwest Recovery Syste**           Last 4 digits of account number     3   3   5   1
Nonpriority Creditor's Name
**514 Earth City Plaza**             When was the debt incurred?     10/2018
Number        Street
_____     As of the date you file, the claim is: Check all that apply.
_____     ☐ Contingent
                                    ☐ Unliquidated
**Earth City**          **MO    63045**     ☑ Disputed
City                State   ZIP Code
**Who incurred the debt?**   Check one.     **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                     ☐ Student loans
☐ Debtor 2 only                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only            that you did not report as priority claims
☐ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt     ☑ Other. Specify
                                    **Collecting for - LONESTAR HOSPITAL MEDICINE**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Original Creditor Name: LONESTAR HOSPITAL MEDICINE**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.22**                                                                                            **$286.00**

**Midwest Recovery Syste**          Last 4 digits of account number    3   3   5   2
Nonpriority Creditor's Name
**514 Earth City Plaza**            When was the debt incurred?    10/2018
Number        Street
                                    As of the date you file, the claim is: Check all that apply.
_____        ☐ Contingent
                                    ☐ Unliquidated
**Earth City**        **MO**   **63045**    ☑ Disputed
City             State   ZIP Code
**Who incurred the debt?**  Check one.    **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                     ☐ Student loans
☐ Debtor 2 only                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only            that you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other. Specify
**Is the claim subject to offset?**      **Collecting for - LONESTAR HOSPITAL MEDICINE**
☑ No
☐ Yes

**Original Creditor Name: LONESTAR HOSPITAL MEDICINE**

**4.23**                                                                                            **$460.00**

**Randolph Brook Fed Cr**           Last 4 digits of account number    9   6   3   4
Nonpriority Creditor's Name
**P O Box 2097**                    When was the debt incurred?    07/2015
Number        Street
                                    As of the date you file, the claim is: Check all that apply.
_____        ☐ Contingent
                                    ☐ Unliquidated
**Universal City**    **TX**   **78148**    ☐ Disputed
City             State   ZIP Code
**Who incurred the debt?**  Check one.    **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                     ☐ Student loans
☐ Debtor 2 only                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only            that you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other. Specify
**Is the claim subject to offset?**      **Check Credit or Line of Credit**
☑ No
☐ Yes

**4.24**                                                                                            **$545.00**

**Southwest Credit Syste**          Last 4 digits of account number    9   1   4   9
Nonpriority Creditor's Name
**4120 International Pkwy**          When was the debt incurred?    12/2018
Number        Street
                                    As of the date you file, the claim is: Check all that apply.
_____        ☐ Contingent
                                    ☐ Unliquidated
**Carrollton**        **TX**   **75007**    ☑ Disputed
City             State   ZIP Code
**Who incurred the debt?**  Check one.    **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                     ☐ Student loans
☐ Debtor 2 only                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only            that you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other. Specify
**Is the claim subject to offset?**      **Collecting for - CHARTER COMMUNICATIONS**
☑ No
☐ Yes

**Original Creditor Name: CHARTER COMMUNICATIONS**

### Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.25**                                                                                              **$300.00**

**Tall Grass Financial**
Nonpriority Creditor's Name
**2851 S Parker Rd STE 310**
Number      Street

_____

**Aurora**                    **CO**    **80014**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **7   9   1   1**
When was the debt incurred?    **12/7/2017-4/19/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Unsecured**

**4.26**                                                                                              **$713.56**

**Texas EX Tag**
Nonpriority Creditor's Name
**po box 650749**
Number      Street

_____

**Dallas**                    **TX**    **75265**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **8   0   0   2**
When was the debt incurred?    **2/22/2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Unknown**

**4.27**                                                                                              **$118.41**

**Texas EZTag**
Nonpriority Creditor's Name
**PO Box 650749**
Number      Street

_____

**Dallas**                    **TX**    **75265**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **5   9   4   3**
When was the debt incurred?    **3/4/2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Unknown**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**American Credit Accept**
Name
**961 E Main St**
Number      Street

_____

**Spartanburg**          **SC**   **29302**
City                     State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **1**  **0**  **0**  **1**

---

**Capital One Bank Usa N**
Name
**15000 Capital One Dr**
Number      Street

_____

**Richmond**             **VA**   **23238**
City                     State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **6**  **4**  **6**  **8**

---

**Ccb/smileg**
Name
**Po Box 182120**
Number      Street

_____

**Columbus**             **OH**   **43218**
City                     State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2**  **4**  **9**  **8**

---

**Citifinancial Auto**
Name
**2208 Highway 121 Ste 100**
Number      Street

_____

**Bedford**              **TX**   **76021**
City                     State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **5**  **3**  **0**  **1**

---

**Collection Agency, Midwest Recovery Syst**
Name
**same**
Number      Street
**same, MO same**

_____

City                     State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.11** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___  ___  ___  ___

---

**Comenitycb/smilegenfin**
Name
**Po Box 182120**
Number      Street

_____

**Columbus**             **OH**   **43218**
City                     State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2**  **5**  **0**  **6**

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

**Eastern Account System**
Name
**same**
Number      Street
**same, CT same**

_____

City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.1**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __


**IC Systems INC**
Name
**same**
Number      Street
**same, MN same**

_____

City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.6**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __


**Lonestar Hospital Medicine**
Name
**514 Earth City Plaza**
Number      Street

_____

**Earth City**          **MO**    **63045**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  ____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **3** **3** **5** **1**


**LVNV Funding LLC**
Name
**same**
Number      Street
**same, SC same**

_____

City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.8**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __


**Medicredit Inc**
Name
**same**
Number      Street
**same, MO same**

_____

City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  ____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __


**Merchants and Professional**
Name
**same**
Number      Street
**same, TX same**

_____

City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  ____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

**Merchants and Professional**
Name
**same**
Number        Street
**same, TX same**

_____
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Midland Funding**
Name
**same**
Number        Street
**same, CA same**

_____
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.4__ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Southwest Credit System**
Name
**same**
Number        Street
**same, TX same**

_____
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.3__ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**St Davids Heart Vascular**
Name
**5508 Parkcrest Dr STE 21**
Number        Street

**Austin**              **TX**    **78731**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  _2_ _5_ _1_ _2_

**St Davids Medical Center**
Name
**PO Box 1629**
Number        Street

**Maryland Heights**      **MO**    **63043**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  _2_ _6_ _3_ _1_

**Syncb/care Credit**
Name
**C/o Po Box 965036**
Number        Street

**Orlando**              **FL**    **32896**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  _4_ _5_ _8_ _2_

**Part 3:      List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

**Third Coast Autos**
Name
**1930 Kyle Crossing**
Number      Street

_____

**Kyle**                    **TX**    **78640**
City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ **n** **a** **s**

---

**United Auto Credit Co**
Name
**3990 Westerley Place**
Number      Street

_____

**Newport Beach**           **CA**    **92660**
City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0** **0** **0** **1**

---

**Webbank/fingerhut**
Name
**6250 Ridgewood Road**
Number      Street

_____

**Saint Cloud**             **MN**    **56303**
City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4** **5** **0** **2**

---

**Westhill Exchange**
Name
**same**
Number      Street
**same, CO same**

_____

City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.25** of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d. $0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $15,648.38 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. $15,648.38 |

| Debtor 1 | **Andrew** | **Kevin** | **Vaughan** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                               12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease
   is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of
   executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

| | | | |
|---|---|---|---|
| Debtor 1 | **Andrew** | **Kevin** | **Vaughan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☑ No
   - ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**    *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   - ☐ No.  Go to line 3.
   - ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ☑ No
     - ☐ Yes

3. In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on  *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:*  **Your codebtor**

   *Column 2:*  **The creditor to whom you owe the debt**

   Check all schedules that apply:

| Debtor 1 | Andrew | Kevin | Vaughan |
|----------|--------|-------|---------|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|----------|--------|-------|---------|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|--|--|----------|-------------------------------|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | Parts Department Employee | |
| **Employer's name** | | Budget Leasing | |
| **Employer's address** | | 7216 North IH35 | |
| | | Number  Street | Number  Street |
| | | | |
| | | Austin      TX   78752 | |
| | | City           State  Zip Code | City           State  Zip Code |
| **How long employed there?** | | 12 months | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|--|--|--|--------------|-----------------------------------|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $2,773.33 | |
| **3.** | Estimate and list monthly overtime pay. | 3. + | $0.00 | |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | $2,773.33 | |

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

Copy line 4 here .............................................................. ➔ 4.  **$2,773.33**

**5.** List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | **$412.06** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | **$0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | **$0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | **$0.00** |
| 5e. | **Insurance** | 5e. | **$233.39** |
| 5f. | **Domestic support obligations** | 5f. | **$0.00** |
| 5g. | **Union dues** | 5g. | **$0.00** |
| 5h. | **Other deductions.** Specify:  **Other Deductions** | 5h.+ | **$7.50** |

**6.** Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.  6.  **$652.95**

**7.** Calculate total monthly take-home pay. Subtract line 6 from line 4.  7.  **$2,120.38**

**8.** List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**  8a.  **$0.00**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

8b. **Interest and dividends**  8b.  **$0.00**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**  8c.  **$0.00**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

8d. **Unemployment compensation**  8d.  **$0.00**

8e. **Social Security**  8e.  **$0.00**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____  8f.  **$0.00**

8g. **Pension or retirement income**  8g.  **$0.00**

8h. **Other monthly income.**
Specify: _____  8h.+  **$0.00**

**9.** Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.  9.  **$0.00**

**10.** Calculate monthly income. Add line 7 + line 9.  10.  **$2,120.38** + _____ = **$2,120.38**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____  11. + **$0.00**

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.  12.  **$2,120.38**

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain:  **None.**

**Fill in this information to identify your case:**

| Debtor 1 | Andrew | Kevin | Vaughan |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 expenses as of the
following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your
name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No

☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**     ☑ No

Do not list Debtor 1 and      ☐ Yes. Fill out this information
Debtor 2.                            for each dependent..................

Do not state the dependents'
names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include
    expenses of people other than
    yourself and your dependents?**     ☑ No
                                         ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case
to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of
the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**        4. _____ **$700.00**
    Include first mortgage payments and any rent for the ground or lot.

    **If not included in line 4:**

    4a.  Real estate taxes                                               4a. _____

    4b.  Property, homeowner's, or renter's insurance                    4b. _____

    4c.  Home maintenance, repair, and upkeep expenses                   4c. _____

    4d.  Homeowner's association or condominium dues                     4d. _____

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a.   Electricity, heat, natural gas | 6a. _____ **$100.00** |
| | 6b.   Water, sewer, garbage collection | 6b. _____ **$50.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. _____ **$80.00** |
| | 6d.   Other.  Specify: _____ | 6d. _____ |
| 7. | **Food and housekeeping supplies** | 7. _____ **$400.00** |
| 8. | **Childcare and children's education costs** | 8. _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. _____ **$50.00** |
| 10. | **Personal care products and services** | 10. _____ **$50.00** |
| 11. | **Medical and dental expenses** | 11. _____ |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. _____ **$200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. _____ **$50.00** |
| 14. | **Charitable contributions and religious donations** | 14. _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.   Life insurance | 15a. _____ **$6.00** |
| | 15b.   Health insurance | 15b. _____ |
| | 15c.   Vehicle insurance | 15c. _____ **$196.00** |
| | 15d.   Other insurance.  Specify: _____ | 15d. _____ |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| 17. | **Installment or lease payments:** | |
| | 17a.   Car payments for Vehicle 1    **2005 Subaru Impreza** | 17a. _____ **$201.97** |
| | 17b.   Car payments for Vehicle 2 | 17b. _____ |
| | 17c.   Other.  Specify: _____ | 17c. _____ |
| | 17d.   Other.  Specify: _____ | 17d. _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| | 20a.   Mortgages on other property | 20a. _____ |
| | 20b.   Real estate taxes | 20b. _____ |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. _____ |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. _____ |
| | 20e.   Homeowner's association or condominium dues | 20e. _____ |

Debtor 1 **Andrew Kevin Vaughan** _____    Case number (if known) _____

**21. Other.** Specify: _____    21.    **+** _____

**22. Calculate your monthly expenses.**

22a.    Add lines 4 through 21.    22a.    **$2,083.97**

22b.    Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b.    _____

22c.    Add line 22a and 22b.  The result is your monthly expenses.    22c.    **$2,083.97**

**23. Calculate your monthly net income.**

23a.    Copy line 12 (your combined monthly income) from Schedule I.    23a.    **$2,120.38**

23b.    Copy your monthly expenses from line 22c above.    23b.    **−**    **$2,083.97**

23c.    Subtract your monthly expenses from your monthly income.
The result is your monthly net income.    23c.    **$36.41**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:
**None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Andrew** | **Kevin** | **Vaughan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1: Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................... | **$237,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B...................................................... | **$22,500.46** |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................... | **$259,500.46** |

## Part 2: Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$166,889.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F...................................... | **$0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$15,648.38** |
| | **Your total liabilities** | **$182,537.38** |

## Part 3: Summarize Your Income and Expenses

|  |  | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I........................................................... | **$2,120.38** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J................................................................... | **$2,083.97** |

| **Part 4:** | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6.    Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑    Yes

**7.    What kind of debt do you have?**

☑    **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐    **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.    From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$2,248.35

**9.    Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

|  | Total claim |
|---|---|
| **From Part 4 on** *Schedule E/F,* **copy the following:** |  |
| 9a.  Domestic support obligations.  (Copy line 6a.) | $0.00 |
| 9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.) | $0.00 |
| 9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | $0.00 |
| 9d.  Student loans.  (Copy line 6f.) | $0.00 |
| 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | $0.00 |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + $0.00 |
| 9g.  **Total.**    Add lines 9a through 9f. | $0.00 |

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Andrew** | **Kevin** | **Vaughan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Andrew Kevin Vaughan**          X _____
Andrew Kevin Vaughan, Debtor 1                Signature of Debtor 2

Date  **03/25/2019**                          Date _____
      MM / DD / YYYY                               MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Andrew | Kevin | Vaughan |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

# Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **14437 N HWY 95** | From **12/12/2017** | | From _____ |
| Number    Street | To    **1/4/2019** | Number    Street | To _____ |
| **Flatonia     TX   78941** | | | |
| City             State  ZIP Code | | City             State  ZIP Code | |

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **12425 Mellow Meadow Dr, Apt. D108** | From **7/5/2017** | | From _____ |
| Number    Street | To    **12/11/2017** | Number    Street | To _____ |
| **Austin     TX   78750** | | | |
| City             State  ZIP Code | | City             State  ZIP Code | |

| Debtor 1: | | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|---|
| | | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **105 Cottonwood Dr** | From | **2/1/2016** | | From |
| Number    Street | To | **7/5/2017** | Number    Street | To |
| **Hutto            TX    78634** | | | | |
| City            State   ZIP Code | | | City            State   ZIP Code | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
    (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

    ☒ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2:    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions | Sources of income Check all that apply. | Gross income (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | $5,661.68 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:** (January 1 to December 31, __2018__ ) YYYY | ☒ Wages, commissions, bonuses, tips | $38,648.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, __2017__ ) YYYY | ☒ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security;
unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties;
and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under
Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the
total amount you paid that creditor. Do not include payments for domestic support obligations, such as
child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that
creditor. Do not include payments for domestic support obligations, such as child support and alimony.
Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **RBFCU** | | $605.91 | $2,031.00 | ☐ Mortgage |
| Creditor's name | | | | ☑ Car |
| **PO Box 2097** | 1/1/2019 | | | ☐ Credit card |
| Number    Street | 2/1/2019 | | | ☐ Loan repayment |
| | 3/1/2019 | | | ☐ Suppliers or vendors |
| **Universal City**    **TX**    **78148** | | | | ☐ Other _____ |
| City    State    ZIP Code | | | | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

    ☑ No
    ☐ Yes. List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes. List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☑ No
    ☐ Yes. Fill in the details.

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

## Part 5:    List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

## Part 6:    List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

## Part 7:    List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Payne & Associates, PLLC**<br>Person Who Was Paid | $335 filing fee<br>$55 credit report<br>$2110 attorney fees | | |
| **1225 North Loop West, Suite 550**<br>Number        Street | | 03/15/2019 | $2,500.00 |
| **Houston            TX      77008**<br>City              State    ZIP Code | | | |

Email or website address

Person Who Made the Payment, if Not You

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

## Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes.  Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

## Part 9:    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| **Part 10:** | **Give Details About Environmental Information** |

For the purpose of Part 10, the following definitions apply:

- _Environmental law_ means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- _Site_ means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- _Hazardous material_ means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**
    ☑ No
    ☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

    ☑ No
    ☐ Yes. Fill in the details.

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☐ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☑ No.  None of the above applies.  Go to Part 12.
    ☐ Yes.  Check all that apply above and fill in the details below for each business.

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

    ☐ No
    ☐ Yes. Fill in the details below.

| Part 12: | Sign Below |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Andrew Kevin Vaughan**                    X _____

Andrew Kevin Vaughan, Debtor 1                    Signature of Debtor 2

Date    **03/25/2019**                            Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the  *Bankruptcy Petition Preparer's Notice,*
                                                            *Declaration, and Signature*  (Official Form 119).

| Debtor 1 | **Andrew** | **Kevin** | **Vaughan** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- **creditors have claims secured by your property, or**

- **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Hold Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Carmax Auto Finance**<br>Description of property securing debt: **2012 Nissan Juke S** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Planet Home Lending, L**<br>Description of property securing debt: **105 Cottonwood Road, Hutto, TX 78** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Randolph Brook Fed Cr**<br>Description of property securing debt: **2005 Subaru Impreza WRX** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |

Debtor 1   **Andrew Kevin Vaughan**                               Case number *(if known)* _____

---

## Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

   Describe your unexpired personal property leases                            Will this lease be assumed?

   **None.**

---

## Part 3:   Sign Below

   Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

**X** **/s/ Andrew Kevin Vaughan** _____     **X** _____
    Andrew Kevin Vaughan, Debtor 1                   Signature of Debtor 2

    Date  **03/25/2019**_____                Date _____
        MM / DD / YYYY                        MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   | $245 | filing fee |
|---|---|---|
|   | $75 | administrative fee |
| + | $15 | trustee surcharge |
|   | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Chapter 12: Repayment plan for family farmers or fishermen

|   |     |                    |
|---|-----|--------------------|
|   | $200 | filing fee         |
| + | $75  | administrative fee |
|   | $275 | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   |     |                    |
|---|-----|--------------------|
|   | $235 | filing fee         |
| + | $75  | administrative fee |
|   | $310 | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition.  The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms .html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).  To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency.  11 U.S.C. § 109(h).  If you are filing a joint case, both spouses must receive the briefing.  With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition.  This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge.  If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/Bankru ptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re **Andrew Kevin Vaughan**

Case No. _____

Chapter **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................. $2,110.00

Prior to the filing of this statement I have received....................................................... $2,110.00

Balance Due.................................................................................................................. $0.00

2. The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **03/25/2019** | **/s/ Kyle Kenneth Payne** |
| *Date* | *Kyle Kenneth Payne*          Bar No.  24083637 |
| | Payne & Associates, PLLC |
| | 1225 North Loop West, Suite 550 |
| | Houston, TX 77008 |
| | Phone: (713) 228-0200 / Fax: (713) 588-8750 |

---

 **/s/ Andrew Kevin Vaughan**
*Andrew Kevin Vaughan*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Andrew Kevin Vaughan**                    CASE NO

                                                     CHAPTER     **7**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  3/25/2019                                Signature  _/s/ Andrew Kevin Vaughan_
                                                          _Andrew Kevin Vaughan_


Date _____              Signature _____

American Credit Accept
961 E Main St
Spartanburg, SC 29302

Army Airforce Exchange (AAFES)
Creditor's Bankruptcy Service
PO Box 740933
Dallas, TX 75374

Austin Radiological Association
75 Glen RD STE 310
Sandy Hook, CT 06482

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Capital One Services LLC
PO Box 30285
Salt Lake City, UT 84130

Carmax Auto Finance
12800 Tuckahoe Creek PKWY
Richmond, VA 23238

Ccb/smileg
Po Box 182120
Columbus, OH 43218

Charter Communications
4120 International Parkway
Carrollton, TX 75007

Citibank
2365 Northside Dr STE 30
San Diego, CO 92108

Citifinancial Auto
2208 Highway 121 Ste 100
Bedford, TX 76021


City of Hutto
401 W Front St
Hutto, TX 78634


Collection Agency, Midwest Recovery Syst
same
same, MO same


Collins Orthodontics
po box 64378
St Paul, MN 55164


Comenitycb/smilegenfin
Po Box 182120
Columbus, OH 43218


Credit One Bank
PO Box 98875
Las Vegas, NV 89193


Credit One Bank
PO Box 1269
Greenville, SC 29602


Department of Education
Office of General Counsel
400 Maryland Ave., SW Rm 6E353
Washington, DC 20202


Eastern Account System
same
same, CT same

Eastern Account System
75 Glen Rd Ste 310
Sandy Hook, CT 06482


General Counsel
Social Security Administration
6401 Security Boulevard, Room 611
Baltimore, MD 21235


I C System Inc
Po Box 64378
Saint Paul, MN 55164


IC Systems INC
same
same, MN same


Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101


Lonestar Hospital Medicine
514 Earth City Plaza
Earth City, MO 63045


Longhorn Emergency Medical
514 Earth City Plaza
Earth City, MO 63045


LVNV Funding LLC
same
same, SC same


Lvnv Funding Llc
Po Box 1269
Greenville, SC 29602

Medicredit Inc
same
same, MO same


Merchants and Professional
same
same, TX same


Merchants&professional
5508 Parkcrest Dr Ste 21
Austin, TX 78731


Midland Funding
same
same, CA same


Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108


Midwest Recovery Syste
514 Earth City Plaza
Earth City, MO 63045


Office of General Counsel
801 Cherry Street
Suite 2500, Unit 45
Fort Worth, TX 76102


Office of General Counsel
Hipolito Garcia Federal Building
615 E. Houston Street, Room 347
San Antonio, TX 78205


Office of Litigation
US Department of HUD
451 7th St., SW, Room 10258
Washington, DC 20410

Planet Home Lending, L
321 Research Pkwy Ste 30
Meriden, CT 06450


Randolph Brook Fed Cr
P O Box 2097
Universal City, TX 78148


Social Security Administration
Attn: Bankruptcy Coordinator
Office of the General Counsel, Region VI
1301 Young Street, Suite A702
Dallas, TX 75202-5433

Southwest Credit Syste
4120 International Pkwy
Carrollton, TX 75007


Southwest Credit System
same
same, TX same


St Davids Heart Vascular
5508 Parkcrest Dr STE 21
Austin, TX 78731


St Davids Medical Center
PO Box 1629
Maryland Heights, MO 63043


Syncb/care Credit
C/o Po Box 965036
Orlando, FL 32896


Tall Grass Financial
2851 S Parker Rd STE 310
Aurora, CO 80014

Texas Alcoholic Beverage Commission
Licenses and Permits Division
P.O. Box 13127
Austin, TX 78711


Texas Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
P.O. Box 13528 Capitol Station
Austin, TX 78711

Texas EX Tag
po box 650749
Dallas, TX 75265


Texas EZTag
PO Box 650749
Dallas, TX 75265


Texas Workforce Commission
TWC Building - Regulatory Integrity Div
101 East 15th Street
Austin, TX 78778


Third Coast Autos
1930 Kyle Crossing
Kyle, TX 78640


U.S. Small Business Administration
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive, Suite 100
Little Rock, AR 72202


United Auto Credit Co
3990 Westerley Place
Newport Beach, CA 92660


United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

United States Attorney, Civil Process Cl
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216


United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701


VA Regional Counsel Office
1 Veterans Plaza
701 Clay Avenue
Waco, TX 76799


Webbank/fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303


Westhill Exchange
same
same, CO same

**Fill in this information to identify your case:**

Debtor 1    **Andrew**      **Kevin**      **Vaughan**
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

    ☑ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

> Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2 or**<br>**non-filing spouse** |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | **$2,248.35** | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | **$0.00** | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | **$0.00** | _____ |

Debtor 1    **Andrew Kevin Vaughan** _____    Case number (if known) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**5.    Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | _____ | | | |
| Ordinary and necessary operating expenses | − $0.00 | − _____ | | | |
| Net monthly income from a business, profession, or farm | $0.00 | _____ | Copy here ➔ | $0.00 | _____ |

**6.    Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | _____ | | | |
| Ordinary and necessary operating expenses | − $0.00 | − _____ | | | |
| Net monthly income from rental or other real property | $0.00 | _____ | Copy here ➔ | $0.00 | _____ |

**7.    Interest, dividends, and royalties**                                          $0.00    _____

**8.    Unemployment compensation**                                          $0.00    _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↘

For you...........................................................................    $0.00

For your spouse..............................................................    _____

**9.    Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act.                     $0.00    _____

**10.   Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total below.

_____    _____    _____

_____    _____    _____

Total amounts from separate pages, if any.              +  _____  +  _____

**11.   Calculate your total current monthly income.**  Add lines 2 through 10 for each column.  Then add the total for Column A to the total for Column B.

| $2,248.35 | + | _____ | = | $2,248.35 |
|---|---|---|---|---|

**Total current monthly income**

Debtor 1 __Andrew Kevin Vaughan__                                    Case number (if known) _____

## Part 2:    Determine Whether the Means Test Applies to You

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11.......................................**Copy line 11 here** ➔  12a.   $2,248.35

Multiply by 12 (the number of months in a year).                                    X    12

12b. The result is your annual income for this part of the form.                                    12b.   $26,980.20

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                        **Texas**

Fill in the number of people in your household.                        **1**

Fill in the median family income for your state and size of household..........................................................    13.   $48,948.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form.  This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13.  On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

## Part 3:    Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X __/s/ Andrew Kevin Vaughan_____                    X _____
Andrew Kevin Vaughan, Debtor 1                                          Signature of Debtor 2

Date __3/25/2019_____                                          Date _____
MM / DD / YYYY                                                          MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.